No. 406. Better Monkey Grip Co. *v.* National Labor Relations Board. C. A. 5th Cir. Certiorari denied. *William L. Keller* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard* and *Dominick L. Manoli* for respondent.

No. 407. Stallman *v.* Casey Bearing Co., Inc. C. A. 9th Cir. Certiorari denied. *George B. White* and *Albert D. Elledge* for petitioner. *Foorman L. Mueller* and *James M. Naylor* for respondent.

No. 408. Kream *v.* Public Service Coordinated Transport. Supreme Court of New Jersey. Certiorari denied. *Aaron Gordon, John A. Hartpence* and *John W. Ockford* for petitioner. *Henry J. Sorenson* for respondent.

No. 381. Duggan, Trustee in Reorganization, *v.* Green, Substitute Trustee Under Trust No. 140. C. A. 8th Cir. Certiorari denied. Mr. Justice Whittaker took no part in the consideration or decision of this application. *George O. Durham* and *Eugene M. Munger* for petitioner. *Jacob M. Lashly* for respondent.

No. 86, Misc. Baker *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 235, Misc. Shaver *v.* Texas. Court of Criminal Appeals of Texas. Certiorari denied. *Jarrard Secret* for petitioner.